FILED
CLERK, U.S. DISTRICT COURT
JAN 7 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ✓
Send ✓
Enter ✓
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN VIAS MARTINEZ,            ) | CASE NO. SACV 05-01003 PSG (SS) |
|            Petitioner,         ) | **ORDER ADOPTING FINDINGS,** |
|                                ) | **CONCLUSIONS, AND RECOMMENDATIONS OF** |
|      v.                        ) | **UNITED STATES MAGISTRATE JUDGE** |
|                                ) | |
| STUART J. RYAN, Warden,        ) | |
|            Respondent.         ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

**IT IS ORDERED** that Judgment shall be entered dismissing this action with prejudice.

\\
\\

1 **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and
2 the Judgment herein on Petitioner and counsel for Respondent.

4 **LET JUDGMENT BE ENTERED ACCORDINGLY.**

6 DATED: 1/7/08

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE