FILED
CLERK, U.S. DISTRICT COURT

JAN 7 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

Priority ✓
Send ✓
Enter ✓
Closed
JS-6 ✓
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUAN VIAS MARTINEZ, | ) | CASE NO. SACV 05-01003 PSG (SS) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| STUART J. RYAN, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 1/7/08

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE